# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2009

137657

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NORTH POINT-PIONEER INC., PHC, INC.,
and PHC OF MICHIGAN, INC.,
   Plaintiffs-Appellants,

v

              SC: 137657
              COA: 279840
              Oakland CC: 07-082250-CL

LEON RUBENFAER,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the September 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2009

s0318

_____
Clerk